In the Matter of JOHN ZANETTI et al., Appellants, v NEW YORK STATE TAX APPEALS TRIBUNAL et al., Respondents.

Decided June 25, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

WALTER R. BEARDSLEE, Individually and as Co-Trustee of the DRUSILLA W. BEARDSLEE FAMILY TRUST, et al., Respondents, v INFLECTION ENERGY, LLC, et al., Appellants.

Submitted May 18, 2015; decided June 30, 2015

*See* 761 F3d 221.

Motion for reargument denied [*see* 25 NY3d 150 (2015)].

ATUL BHATARA, Respondent, v HANS FUTTERMAN, Appellant.

Submitted April 27, 2015; decided June 30, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.